In re BOB STANDIFER.

No. A-1272.

Application of Bob Standfer for writ of habeas corpus for the purpose of being admitted to bail. Application denied.

Ex parte WARREN ZIMMERMAN.

No. A-1406.

Petition of Warren Zimmerman for writ of habeas corpus. Writ denied.

John L. Gleason, for petitioner.

Chas. West, Atty. Gen., for the State.

PER CURIAM. The petition filed on behalf of said Warren Zimmerman alleges in substance that he is restrained of his liberty and imprisoned in the county jail of Texas county by D. H. Chenault, sheriff of said county. It appearing that the petitioner is held under and by virtue of an indictment duly returned into the district court of Texas county, the writ will be denied.

In re J. H. COLBY et al.

No. A-1490.

Application of J. H. Colby and Wade Stovall for writ of habeas corpus, for the purpose of being admitted to bail. Writ issued and returnable before Hon. Stilwell H. Russell, district judge at Ardmore. On the hearing so had petitioners admitted to bail.

In re WM. LOOPER.

No. A-1534.

Application of William Looper for a writ of habeas corpus to release his wife, Annie Looper, from the custody of the Superntendent of the State Insane Asylum at Norman. The respondent consenting, Annie Looper is discharged.

In re R. D. LOVE.

No. A-1546.

PER CURIAM. Application by habeas corpus for the purpose of letting petitioner to bail. Bail allowed and fixed in the sum of ten thousand dollars, to be approved by the clerk of the district court of Choctaw county.